IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Hon. Susan D. Wigenton |
| ) | |
| Plaintiff, ) | Motion Returnable: December 18, |
| ) | 2017 |
| v. ) | C.A. No. 08-cv-05656 |
| ) | |
| ACTAVIS TOTOWA, LLC et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER VACATING CONSENT DECREE

Upon consideration of the Unopposed Motion to Vacate Consent Decree filed in this matter, and having found good cause to grant the motion, it is hereby

ORDERED that the Motion is GRANTED.  All of the obligations of the Consent Decree are hereby terminated as to all Defendants and their successors.  It is further

ORDERED that the Court does not retain continuing jurisdiction over the parties or their successors with respect to the matters set forth in the Consent Decree.

SO ORDERED this __18th__ day of __December__, 2017

_____
United States District Judge